# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CC, <br><br> Plaintiff, <br><br> v. <br><br> PARADISE HIGH SCHOOL, PARADISE UNIFIED SCHOOL DISTRICT., <br><br> Defendants. | No. 2:16-cv-02210-KJM-GGH <br><br><br> ORDER |

The parties to this action have stipulated to continue the settlement conference currently scheduled for September 21, 2017 at 9:00 a.m. in Courtroom 9 to January 4, 2018, at which time they will have completed discovery

In light of the foregoing and good cause appearing therefore IT IS HEREBY ORDERED that:

1. The settlement conference on this court's September 21, 2017 calendar is hereby vacated; and

2. A settlement conference is rescheduled for January 5. 2018.

**IT IS SO ORDERED**.

DATED: September 19, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE