1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | C. C.,                                      No.  2:16-cv-02210-KJM-CMK

12 |             Plaintiff,

13 |       v.                                    ORDER

14 | PARADISE HIGH SCHOOL et al.,

15 |             Defendants.

16

17       The parties to this action, through counsel, have stipulated to move the Settlement

18 Conference scheduled to be held by this court from the current date of January 4, 2018 to July 19,

19 2018.  The court has reviewed the stipulation and finding good cause, will grant the parties'

20 request.

21       In light of the foregoing IT IS HEREBY ORDERED that:

22       The settlement conference now scheduled for January 4, 2018 will be reset for July 19,

23       2018 at 9:00 a.m. in courtroom 9 before the undersigned.

24 Dated: December 22, 2017

25                       /s/ Gregory G. Hollows
                 UNITED STATES MAGISTRATE JUDGE

26

27

28