WILLIAM D. AYRES, SBN: 098901
**AYRES LAW OFFICE**
1330 West Street, Suite C
Redding, CA 96001
Telephone: (530) 229-1340
Facsimile: (530) 229-1345
Email: wda@ayreslaw.net

Attorney for Defendants

J.D. Zink, SBN 58726
**ZINK & LENZI, ATTORNEYS AT LAW**
250 Vallombrosa Avenue
Chico, CA 95926
Telephone: (530) 895-1234
Facsimile: (530) 895-1254
Email: jd@zinkandlenzi.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PARADISE HIGH SCHOOL, PARADISE UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendants. | Case No.: 2:16-CV-02210-KJM-CMK<br><br>**STIPULATION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**<br><br>**Pretrial Conference: February 8, 2019**<br>**Trial:　　　　　　 March 18, 2019** |

Plaintiff CC and Defendants Paradise High School and Paradise Unified School District (collectively, "the Parties"), by and through their attorneys of record, the Parties hereby enter into the following Stipulation.

1
_____
*CC v. Paradise USD, et al*: Stipulation for Extension of Expert Disclosure Deadlines

**STIPULATION**

1. For the reasons set forth in plaintiff's motion to amend the scheduling order, the Parties hereby agree to a one-hundred-and-twenty (120) day extension to disclose experts, with supplemental disclosure to occur thirty (30) days later.

2. The jury trial set for March 18, 2019 at 9:00 a.m. shall remain unaffected by this stipulation.

Dated: May 7, 2018                               AYRES LAW OFFICE


                                                 /s/     William D. Ayres
                                                 WILLIAM D. AYRES, Esq.
                                                 Attorney for Defendants
                                                 PARADISE HIGH SCHOOL and
                                                 PARADISE UNIFIED SCHOOL DISTRICT


Dated: May 7, 2018                               ZINK & LENZI, ATTORNEYS AT LAW


                                                 /s/     J.D. Zink
                                                 J.D. ZINK, Esq.
                                                 Attorney for Plaintiff CC


Good cause having been shown, expert disclosures are extended 120 days to September 4, 2018; supplemental expert disclosures are extended 150 days to October 4, 2018. All expert discovery shall be completed by November 2, 2018.

IT IS SO ORDERED.

DATED: May 18, 2018.

                                                 UNITED STATES DISTRICT JUDGE