1  J.D. Zink, SBN 58726                William D. Ayres, SBN: 098901
2  ZINK & LENZI                        AYRES LAW OFFICE
3  250 Vallombrosa Avenue              1330 West Street, Suite C
   Chico, CA 95926                     Redding, CA 96001
4  Telephone: (530) 895-1234           Telephone: (530) 229-1340
5  Facsimile: (530) 895-1254           Facsimile: (530) 229-1345
   Email: jd@zinkandlenzi.com          Email: wda@ayreslaw.net
6
7  Attorneys for CC                    Attorney for Defendants
                                       Paradise High School and
8                                      Paradise Unified School District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CC,<br><br>    Plaintiff,<br><br>vs.<br><br>PARADISE HIGH SCHOOL, PARADISE UNIFIED SCHOOL DISTRICT,<br><br>    Defendants. | Case No.: 2:16-CV-02210-KJM-DMC<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCOVERY**<br><br><br><br>**Complaint filed:** Sept. 16, 2016<br>**Trial Date:** March 18, 2019 |

Plaintiff CC and Defendants Paradise High School and Paradise Unified School District (collectively, "the Parties") by and through their attorneys of record, hereby stipulate **to extend the deadline to complete expert witness discovery from November 2, 2018, until December 19, 2018**. The Parties further agree that the jury trial set for March 18, 2019 at 9:00 a.m. will remain unaffected by this stipulation. This stipulation is based upon good cause and the following facts:

1. Both Plaintiff and Defendants have disclosed several experts that may be called to testify in this case.
2. November 2, 2018, is the current deadline to complete expert witness discovery, including deposition of designated experts.
3. Both Plaintiff and Defendants have filed motions for summary judgment and the motions are scheduled to be heard on October 19, 2018.
4. Both Plaintiff and Defendants want to avoid the expense of deposing experts should the case be decided on summary judgment.
5. Extending the deadline to complete expert witness discovery from November 2, 2018, until December 19, 2018, will give the Parties the ability to delay deposing expert witnesses until after the motions for summary judgment are decided.
6. Extending the deadline to complete expert witness discovery from November 2, 2018, until December 19, 2018, will not affect the jury trail set for March 18, 2019.

ACCORDINGLY, the Parties hereby stipulate **to extend the deadline to complete expert witness discovery from November 2, 2018, until December 19, 2018**.

**IT IS SO STIPULATED:**

Dated: October 18, 2018 AYRES LAW OFFICE

          /s/     William D. Ayres     /
          William D. Ayres, Esq.
          Attorney for Defendants
          PARADISE HIGH SCHOOL and
          PARADISE UNIFIED SCHOOL DISTRICT

Dated: October 18, 2018 ZINK & LENZI, ATTORNEYS AT LAW

          /s/     J.D. Zink     /
          J.D. Zink, esq.
          Attorney for Plaintiff CC

## ORDER

After consideration of the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

The deadline to complete expert witness discovery is extended from November 2, 2018, until December 19, 2018.

DATED: October 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

*C.C. v. Paradise High School; et al.,* Case No.2:12-cv-00191-GEB-CMK
Stipulation and Order to Extend Expert Witness Discovery
-3-