WILLIAM D. AYRES, SBN: 098901
AYRES LAW OFFICE
499 Hemsted Drive, Suite B
Redding, CA 96002
Telephone: (530) 229-1340
Facsimile: (530) 229-1345
Email: wda@ayreslaw.net

Attorney for Defendants
Paradise High School and
Paradise Unified School District

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PARADISE HIGH SCHOOL, PARADISE UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendants. | Case No.: 2:16-CV-02210-KJM-DMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE AND RESCHEDULE PROCEEDINGS**<br><br><br><br>**Trial Date: May 13, 2019**<br>**Action Filed: September 16, 2016** |

The parties, by and through their undersigned counsel, hereby stipulate to and respectfully request that the Court vacate the trial date currently set for May 13, 2019, and that the Court reschedule the remaining proceedings including the Final Pretrial Conference currently set for April 19, 2019. The parties request that the Court set a new trial date no earlier than October 2019.

The basis for this request and for the parties' stipulation is that the recent Camp Fire decimated the town of Paradise and the surrounding area. Paradise High School and the Paradise Unified School District, as well as its staff and students, were all greatly impacted by the fire and the District is operating in an emergency mode as a result of the fire's aftermath. Under the circumstances Defendants simply do not have the time or resources needed to prepare the case for trial as scheduled.

1

---

*CC v. Paradise USD, etal*: Stipulation and Order to Vacate Trial Date and Reschedule Proceedings

IT IS SO STIPULATED:

Dated: February 14. 2019   AYRES LAW OFFICE

                                        /s/ William D. Ayres
                                       WILLIAM D. AYRES, Esq.
                                       Attorney for Defendants
                                       PARADISE HIGH SCHOOL and
                                       PARADISE UNIFIED SCHOOL DISTRICT

Dated: February 14, 2019   ZINK & LENZI

                                        /s/ J.D. Zink
                                       J.D. ZINK, Esq.
                                       Attorney for Plaintiff
                                       CC

**ORDER**

Based on the Joint Stipulation of the Parties, and good cause appearing, therefore,

**IT IS ORDERED**, that the trial date of May 13, 2019 is vacated and all remaining proceedings will be rescheduled. The parties shall file a joint status report within 30 days proposing new dates for a final pretrial conference and trial.

DATED: February 26, 2019.

                                        UNITED STATES DISTRICT JUDGE