UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.C., <br><br> Plaintiff, <br><br> v. <br><br> PARADISE HIGH SCHOOL; PARADISE UNIFIED SCHOOL DISTRICT, <br><br> Defendants. | No. 2:16-cv-02210-KJM-DMC <br><br><br> ORDER |

On August 30, 2018, defendant moved for summary judgment, ECF No. 37, and on September 10, 2018, plaintiff moved for partial summary judgment. The court has not yet issued a decision resolving these motions. The final pretrial conference in this case is currently set for November 6, 2019. ECF No. 80. On October 11, 2019, defendants moved for a stay of the case pending the court's resolution of the cross motions for summary judgment. Plaintiffs have not opposed.

It is within this court's power to stay the proceedings in this case. *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936)). In deciding whether or not to do so, the court must weigh "the competing interests which will be affected," including, "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the

orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Id.*

Here, neither party will be prejudiced from a stay, as it is in both parties' interest to prevent unnecessarily preparing for trial, and to narrow any disputes through summary judgment practice. Furthermore, discovery in this case is already closed, so neither party will be prevented from obtaining any necessary evidence. Accordingly, the court finds it appropriate to stay the case until the court resolves the parties' pending summary judgment motions.

The hearing scheduled for November 6, 2019 is hereby VACATED and all remaining deadlines are STAYED until the court issues its decision on the motions for summary judgment.

IT IS SO ORDERED.

DATED: October 24, 2019.

_____
UNITED STATES DISTRICT JUDGE